**SO ORDERED.**

**SIGNED this 15 day of October, 2014.**



_____
John T. Laney, III
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 13 |
| James Parks | * | BANKRUPTCY CASE |
| Debra Parks | * | NO.: 11-70682 |
| Debtor. | * | |

### ORDER ON MOTION TO RECONSIDER DISMISSAL OF CASE

The debtor having filed a Motion to Reconsider Dismissal of Case of their Chapter 13 Case and said motion and notice of hearing having been served on all parties in interest; and the same having come on for hearing before this Court on the 24th day of September, 2014, at 8:30 a.m.; and the Court finding that no party appeared objecting to said motion; it is hereby

**ORDERED, ADJUDGED AND DECREED** that the debtors Motion to Reconsider Dismissal of Case is granted.  The new plan payment to the Chapter 13 Trustee will be $900 and the plan will run a minimum of 36 months.

END OF DOCUMENT

| Prepared and Consented to by: | Consented to by: |
|---|---|
| /s/ *Orson Woodall* | /s/ *Kristin Hurst* |
| Orson  Woodall | Kristin Hurst |
| 1003 N. Patterson St. | Chapter 13 Trustee |
| P.O. Box 3335 | P.O. Box 1907 |
| Valdosta, GA 31604-3335 | Columbus, GA 31902 |
| (229) 247-1211 | |
| Georgia Bar No. 775040 | |